
**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

C 07 3235

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC </br></br>Plaintiffs, </br></br>vs. </br></br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*, </br></br>Defendants | Case No.: </br></br>**PLAINTIFFS' ADMIRALTY AND MARITIME COMPLAINT FOR NEGLIGENCE** *(In Personam and In Rem)* |

Plaintiffs Sugardock, LLC and Mr. Don Hutson allege as follows:

I.  **JURISDICTION AND VENUE**

1.  This action for negligence arises under the provisions of General Maritime Law and the United States Constitution Article III, Section 2 and 28 U.S.C § 1333. This action for negligence is an admiralty or maritime claim within the meaning of Rule 9(h).

2.  Venue is proper in this Court because the *in pesonam* Defendant Baydelta Maritime, Inc. and the *in rem* Defendant Vessels (DELTA LINDA and DELTA DEANNA) are physically located within the Northern District of California. At all relevant times described herein, the *in rem* Defendants, DELTA LINDA and DELTA DEANNA,

-1-                                                                                                    Case No.:

PLAINTIFFS' COMPLAINT FOR NEGLIGENCE

were afloat upon navigable waters of the United States. On information and belief, DELTA LINDA and DELTA DEANNA will be within the boundaries of the United States District Court for the Northern District of California during the pendency of this action.

## II. PARTIES

3. Plaintiff Sugardock, LLC (hereinafter "Plaintiff Sugardock") is, and at all times relevant was, a California limited liability company, duly organized and existing under and by virtue of the laws of the State of California with its principal place of business in Point Richmond, California.

4. Plaintiff Sugardock owns and leases docks in the Santa Fe Channel located in Point Richmond, California for commercial and private use.

5. Plaintiff Mr. Don Hutson (hereinafter "Plaintiff Hutson") is, and at all times relevant was, a citizen of California residing in Alameda County (hereinafter, Plaintiffs Sugardock and Hutson shall be jointly referred to as "Plaintiffs").

6. At all relevant times described herein, Plaintiff Hutson owned the vessel M/V SUNDANCE. At all relevant times described herein, pursuant to a lease, Plaintiff Hutson moored the M/V SUNDANCE on Plaintiff Sugardock's dock in the Santa Fe Channel.

7. Defendant Baydelta Maritime, Inc. (hereinafter "Defendant Baydelta") is a California corporation, duly organized and existing under and by virtue of the laws of the State of California with its principal place of business in San Francisco, California.

8. On information and belief, Defendant Baydelta offers "ship assist, petroleum escort and general towing services throughout the San Francisco Bay area" including through the Santa Fe Channel in Point Richmond, California.

9. Plaintiffs are ignorant of the true names and capacities of the Defendants sued herein as DOES 1-20 and therefore Plaintiffs sue those Defendants by such fictitious

-2-       Case No.:

PLAINTIFFS' COMPLAINT FOR NEGLIGENCE

names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. In the meantime, Plaintiffs are informed and believe that each of the fictitiously-named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages as herein alleged were legally caused by such Defendants.

### FIRST CLAIM FOR NEGLIGENCE
(Against BayDelta Maritime Inc., DOES 1-10 and DELTA LINDA AND DELTA DEANNA)

10. Plaintiffs incorporate the allegations set forth in paragraphs 1 through 9, inclusive, as though fully set forth herein.

11. On or about February 14, 2007, the M/V SUNDANCE was moored to Sugardock's dock located on the Santa Fe Channel in Point Richmond, California.

12. On information and belief, Defendant Baydelta's tugs DELTA LINDA and DELTA DEANNA are tractor tugs, each equipped with a 4,400 horsepower engine.

13. On or about February 14, 2007, DELTA LINDA and DELTA DEANNA were towing the chemical tanker FORMOSA SIX through the Santa Fe Channel and berthing the FORMOSA SIX at a dock in the Santa Fe Channel. Located across the berth, was dock space owned by Plaintiff Sugardock and the dock where the M/V SUNDANCE was moored.

14. While towing, berthing, transporting and/or otherwise moving the FORMOSA SIX or other vessels and/or traveling through the Santa Fe Channel, Defendant BayDelta owed a duty to vessels docked in the Santa Fe Channel and those that own property on or near the Santa Fe Channel to: 1) obey the rules of the road; 2) comply with all applicable regulations and statutes; 3) operate in a safe and reasonable manner under the conditions.

15. In the course of towing, berthing, transporting and/or otherwise moving the FORMOSA SIX, Defendant BayDelta violated its duty to Plaintiffs Sugardock and Hutson by operating DELTA LINDA and DELTA DEANNA negligently such that

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
SUG.BAY&DELTA 2471

-3-   Case No.:
PLAINTIFFS' COMPLAINT FOR NEGLIGENCE

it created "prop wash" or otherwise caused the water in the channel to move in such a manner that it proximately and actually caused the M/V SUNDANCE to be pushed up against the dock on which it was moored. This actually and proximately caused significant damage to the dock, pilings, cleats and floats and to the M/V SUNDANCE. Defendant Baydelta's negligent acts further proximately and actually caused the M/V SUNDANCE to run aground on rip-rap causing additional damage to the M/V SUNDANCE.

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

16. That process in due form of law, according to the practices of this Honorable Court in causes of admiralty and maritime jurisprudence, may issue against the DELTA LINDA and DELTA DEANNA, their engines, tackle, apparel, etc., and that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular the matters; that Plaintiffs Hutson and Sugardock have a judgment for their damages aforesaid with interest and costs; and that the DELTA LINDA and DELTA DEANNA be condemned and sold to satisfy Plaintiffs' judgment;

17. For special damages as to Plaintiff Hutson in excess of $25,000.00, according to proof at trial, and general and other allowable damages in an amount according to proof at trial;

18. For special damages as to Plaintiff Sugardock in excess of $25,000.00, according to proof at trial, and general and other allowable damages in an amount according to proof at trial;

19. For prejudgment interest on the amounts awarded to Plaintiffs Hutson and Sugardock;

20. For costs of suit and such other and further relief as the court deems just.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

SUG.BAY&DELTA 2471

Dated: June 18, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____
Gregory W. Poulos

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SUG.BAY&DELTA 2471

-5-

Case No.:

PLAINTIFFS' COMPLAINT FOR NEGLIGENCE