GALIN G. LUK (SBN 199728)
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone: (415) 438-4600
Attorney for: Plaintiff

FOR COURT USE ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MR. DON HUTSON, et. al.

Defendant : BAYDELTA MARITIME, INC., et. al.

Ref#: 216774    **PROOF OF SERVICE OF SUMMONS**    Case No.: C 07 3235 EMC

1. At the time of service I was at least eighteen years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; PLAINTIFFS' ADMIRALTY AND MARITIME COMPLAINT FOR NEGLIGENCE (IN PERSONAM AND IN REM); ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"

3. a. Party served : BAYDELTA MARITIME, INC.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made:
      Charles Stephen Donovan, Agent for Service

4. Address where the party was served:
      Sheppard Mullin
      Four Embarcadero Center, 17th Floor
      San Francisco, CA 94111

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: June 21, 2007 (2) at: 11:30 AM

**PROOF OF SERVICE OF SUMMONS**

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers:
   a. ROBERT C. WIGERSMA
   b. SPECIALIZED LEGAL SERVICES, INC.
      1112 Bryant Street, Suite 200
      San Francisco, CA 94103
   c. Telephone number: (415) 357-0500
   d. The fee for service was: $50.00
   e. I am:
      (3) a registered California process server:
          (i) owner, employee or independent contractor
          (ii) Registration no.: 769
          (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 22, 2007

ROBERT C. WIGERSMA

POS-010 Rev. January 1, 2007                                          216774

**PROOF OF SERVICE OF SUMMONS**