1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. , CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California  94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
7  Attorneys for Defendant
   BAYDELTA MARITIME INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  MR. DON HUTSON and SUGARDOCK,      )  Case No. C 07-03235 EMC
    LLC,                               )
13                                     )
                        Plaintiffs,    )  **DEFENDANT BAYDELTA MARITIME**
14                                     )  **INC.'S ANSWER TO PLAINTIFFS'**
             vs.                       )  **ADMIRALTY AND MARITIME**
15                                     )  **COMPLAINT FOR NEGLIGENCE (In**
    BAYDELTA MARITIME INC. and DOES    )  **Personam and In Rem)**
16  1-20 in personam, DELTA LINDA and  )
    DELTA DEANNA and their engines,    )
17  furniture, apparel, etc., in rem,  )
                                       )
18                      Defendants.    )
    _____)
19

20       Defendant BAYDELTA MARITIME INC. ("Defendant") responds to

21  Plaintiffs' Complaint as follows:

22       1.     Defendant admits those allegations contained in Paragraphs 1, 2, 7

23  and 12 of Plaintiffs' Complaint.

24       2.     Defendant denies in their entirety allegations contained in

25  Paragraphs 15, 16, 17, 18, 19 and 20 of Plaintiffs' Complaint.

26       3.     To the extent that Plaintiffs incorporate by reference in Paragraph

27  10 other allegations in Plaintiffs' Complaint so does Defendant incorporate by reference

28  its responses thereto.

DEFENDANT BAYDELTA MARITIME INC.'S ANSWER TO PLAINTIFFS' COMPLAINT -
Case No. C 07-03235 EMC

4.     In response to Paragraphs 3, 4, 5, 6, 9 and 11 of Plaintiffs' Complaint Defendant states that it has insufficient information to respond thereto and therefore based upon its lack of information and belief Defendant denies the allegations contained therein in their entirety.

5.     In response to Paragraph 8 of the Plaintiffs' Complaint Defendant states that it represents that it has tractor tugs available for ship assist and tug escort work in the San Francisco Bay and its tributaries.  All other allegations contained therein are denied in their entirety.

6.     In response to Paragraph 13 of Plaintiffs' Complaint Defendant admits that on February 14, 2007 the Tugs DELTA LINDA and DELTA DEANNA assisted the Tanker FORMOSA SIX in berthing at a dock in the Santa Fe Channel. Defendant has insufficient information to admit or deny other allegations contained in Paragraph 13 of Plaintiffs' Complaint and therefore based upon their lack of information and belief denies those allegations in their entirety.

7.     In response to Paragraph 14 of Plaintiffs' Complaint Defendant admits that while assisting the vessel FORMOSA SIX in berthing at a dock in the Santa Fe Channel operators of the tugs owed certain persons a duty to obey certain rules of the road and to comply with certain regulations and statutes and that they owed certain persons an obligation to operate in a safe and reasonable manner under the conditions. All other allegations contained therein are denied in their entirety.

## AFFIRMATIVE DEFENSES

1.     AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiffs' Complaint, Defendant states that Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

2.     AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE to Plaintiffs' Complaint, Defendant states that any damage and/or loss to the subject dock was caused

KYL_SF455138

DEFENDANT BAYDELTA MARITIME INC.'S ANSWER TO PLAINTIFFS' COMPLAINT -
Case No. C 07-03235 EMC

1  either solely or partially by the negligence and carelessness of Plaintiffs, its agents or

2  servants, its predecessors-in-interest, or by the negligence of persons other than

3  Defendant.

4      WHEREFORE, Defendant prays that Plaintiffs take nothing by their

5  Complaint and that their Complaint be dismissed with prejudice, that Defendant be

6  awarded the costs of suit herein, and for such other and further relief as the Court may

7  deem just and proper.

8

9

10  DATED:  July 31, 2007

11  JOHN D. GIFFIN
    KEESAL, YOUNG & LOGAN
    Attorneys for Defendant

12  BAYDELTA MARITIME INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_SF455138
DEFENDANT BAYDELTA MARITIME INC.'S ANSWER TO PLAINTIFFS' COMPLAINT -
Case No. C 07-03235 EMC