UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUTSON, et al.,

    Plaintiff(s),

v.

BAYDELTA MARITIME INC., et al.,

    Defendant(s).

Case No. C C7-03235 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 14, 2007

Signature [signed] JOHN D. GIFFIN

Counsel for: BAYDELTA MARITIME INC.
(Name of party or indicate "pro se")