UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON HUTSON,

    Plaintiff(s),

v.

BAYDELTA MARITIME INC., ET AL

    Defendant(s).

No. C 07-03235 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 14, 2007

_____
Signature

Counsel for  Plaintiffs
(Plaintiff, Defendant or indicate "pro se")