# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MR. DON HUTSON and SUGARDOCK,
LLC

                 Plaintiff(s),

             v.

BAYDELTA MARITIME INC., et al.

                 Defendant(s).

_____/

CASE NO. C 07-03235 EMC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

     Date of Case Management Conference 9/26/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John Giffin | Defendant Baydelta Maritime Inc. | (415) 398-6000 | john.giffin@kyl.com |
| Galin Luk | Plaintiffs Mr. Don Hutson & Sugardock, LLC | 415.438.4600 | gluk@cwghp.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9-17-07

                                      Attorney for Plaintiff

Dated: 9-17-07

                                      Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."