# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mr. Don Hutson and Sugardock, LLC
           Plaintiff(s),

v.

Baydelta Maritime, Inc. et al.
           Defendant(s).

Case No.  C 07-03235 EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/18/2007

[Party] SUGARDOCK

Dated: 9/14/07

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mr. Don Hutson and Sugardock, LLC

                Plaintiff(s),

v.

Baydelta Maritime, Inc. et al.

                Defendant(s).

Case No.    C 07-03235 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/18/07

                                                                         *Donald Hutson*
[Party] Plaintiff Don Hutson

Dated: 9/14/07

                                                                          
[Counsel] Galin G. Luk
Counsel for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05