COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendant
Baydelta Maritime, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC<br><br>  Plaintiffs,<br><br>vs.<br><br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem,*<br><br>  Defendants | Case No.:  C 07-03235 EMC<br><br>**THE PARTIES' FRCP 26(f) REPORT** |

Under Federal Rule of Civil Procedure 26(f) and this Court's Order Setting Scheduling Conference the parties file this joint report of the early meeting of counsel.

The parties were represented by the undersigned counsel at this early meeting.

**I.   JURISDICTION AND SERVICE**

-1-

RULE 26(f) REPORT

Case No.:  C 07-03235 EMC

This action for negligence arises under the provisions of General Maritime Law and the United States Constitution Article III, Section 2 and 28 U.S.C § 1333. There are no issues as to personal jurisdiction or venue. The parties are meeting and conferring as to service of Delta Linda and Delta Deanna. The parties propose January 9, 2008 as the last day to serve any other party.

## II.   FACTS

The plaintiffs are Mr. Don Hutson and Sugardock, LLC. Mr. Hutson owns the vessel "Sundance." At the time of the accident, the Sundance was moored to a dock that was owned by Sugardock, LLC. The dock is located in the Santa Fe Channel in Point Richmond. The defendants are Baydelta Maritime, Inc. and its tugs Delta Linda and Delta Deanna.

The plaintiffs allege that on February 14, 2007, BayDelta tugs Delta Linda and Delta Deanna were towing the chemical tanker Formosa Six in the Santa Fe Channel. The plaintiffs further allege that as the tugs were mooring the Formosa Six, the tugs caused "prop wash." Plaintiffs allege that the prop wash damaged Sugardock's dock and the vessel "Sundance", which were directly across from where the tugs moored the Formosa Six.

Defendant denies any liability for any damage that either Sugardock's dock or the Sundance allegedly sustained while the Delta Linda and Delta Deanna were assisting the Formosa during docking.

## III.   LEGAL ISSUES

Whether defendants were negligent in towing and mooring the Formosa Six.

## IV.   MOTIONS

There are no prior or pending motions.

## V.   AMENDMENT OF PLEADINGS

The parties do not anticipate amending the pleadings. The parties propose January 9, 2008 as the deadline for amending pleadings.

## VI.   EVIDENCE PRESERVATION

On February 28, 2007, plaintiffs invited defendants to inspect the damage to the Sundance. To preserve evidence of damage, the plaintiff Mr. Hutson has not repaired the Sundance. However, because Mr. Hutson must begin repairs soon, the plaintiffs request that the defendants schedule an inspection as early as possible.

## VII. DISCLOSURES

The plaintiffs completed its Initial Disclosures on September 19, 2007. The defendants served its initial disclosure statement on September 10, 2007.

## VIII. DISCOVERY

### A. Discovery Phases

The parties do not wish to conduct discovery in phases.

### B. Discovery Limitations

The parties propose no changes to the limitations of discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Northern District of California. The parties propose no other limitations on discovery.

## IX. RELATED CASES

There are no related cases.

## X. RELIEF

Plaintiff Don Hutson seeks in excess of $25,000.00 in damages. The damages are calculated based on the cost to repair the damage caused to the Sundance as a result of the prop wash.

Plaintiff Sugardock seeks in excess of $25,000.00 in damages. The damages are calculated based on the cost to repair the damage caused to its dock as a result of the prop wash.

## XI. SETTLEMENT AND ADR

The parties have filed their Request for an ADR Phone Conference.

## XII. CONSENT TO MAGISTRATE JDUGE FOR ALL PURPOSES

The parties have consented to Magistrate Judge Chen for all purposes.

## XIII. OTHER REFERENCES

-3-

RULE 26(f) REPORT

Case No.: C 07-03235 EMC

The parties do not believe the case is suitable for reference to binding arbitration, a special master or the Judicial Panel.

## XIV. NARROWING OF ISSUES

The parties anticipate that they will be able to narrow some factual issues by agreeing to stipulated facts and stipulating to the admissibility of certain evidence. The parties will continue to meet and confer on these issues.

## XV. SCHEDULING

The parties propose the following:

    a.    Percipient Discovery – 60 days before trial;

    b.    Mutual Disclosure of Experts – 60 days before trial;

    c.    Supplemental Disclosure of Expert- 45 days before trial;

    d.    Close of Expert Discovery- 30 days before trial;

    e.    Last Day to Hear Dispositive Motions- 30 days before trial;

    f.    Joint Pretrial Statement due- 15 days before trial

    g.    Pretrial conference: 10 days before trial

## XVI. TRIAL

The parties anticipate that trial will take 5 days. The parties propose a trial date in August 2008.

## XVII. DISCLOSURE OF NON PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the plaintiffs are unaware of a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Civil Local Rule 3-16, Defendant certifies that as of this date, there is no such interest to report.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

SUO.BAY&DELTA 2471

-4-

RULE 26(f) REPORT

Case No.:   C 07-03235 EMC

Dated: September 19, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____
Galin G. Luk

Dated: September 19, 2007

Keesal, Young & Logan
Attorneys for Defendant

By: _____
John Giffin

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SV:O.BAY&DELTA 2471

-5-

RULE 26(f) REPORT

Case No.:   C 07-03235 EMC