**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HUTSON, et al., | No. C07-3235 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| BAYDELTA MARITIME, INC., et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for September 26, 2007 at 1:15 p.m. has been rescheduled to **January 16, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   An updated Joint Case Management Statement shall be filed by January 9, 2008.

Dated:  September 25, 2007              FOR THE COURT,
                                        Richard W. Wieking, Clerk

                                        by: _____
                                             Betty Fong
                                             Courtroom Deputy