UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HUTSON, et al., | No. C07-3235 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| BAYDELTA MARITIME, INC., et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for September 26, 2007 at 1:15 p.m. has been rescheduled to **January 16, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   An updated Joint Case Management Statement shall be filed by January 9, 2008.

Dated:  September 25, 2007                              FOR THE COURT,
                                                                              Richard W. Wieking, Clerk

                                                                              by: _____
                                                                                       Betty Fong
                                                                                       Courtroom Deputy