United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HUTSON, et al., | No. C07-3235 EMC |
| Plaintiffs, | |
| v. | **ORDER REFERRING CASE TO ADR FOR MEDIATION** |
| BAYDELTA MARITIME, INC., et al., | |
| Defendants. _____/ | |

IT IS HEREBY ORDERED THAT this case is referred to the Alternative Dispute Resolution Program for mediation. ADR is to be completed within 90 days.

Dated: September 26, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge