# Cox, Wootton, Griffin, Hansen & Poulos, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
FREDERICK J. CARR
*ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE (415) 438-4600 • FACSIMILE (415) 438-4601
www.cwghp.com

MARC T. CEFALU
LYNN L. KRIEGER
LAURA S. RAFFETTO
MAX L. KELLEY
GALIN G. LUK
CHRISTOPHER S. KIELIGER

October 24, 2007

**Via E-mail**
Ms. Alice Fiel
ADR UNIT
U.S. District Court, Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

| | |
|---|---|
| Case No.: | C07-03235 EMC |
| Case Name: | Hutson *et al.* v. Bay Delta *et al.* |
| Subj.: | Parties' objection to selection of mediator Mr. Mark Penskar |
| Our Ref.: | Sug.BayDelta |

Dear Ms. Fiel,

The parties object to the ADR Unit's selection of Mr. Mark Penskar as mediator for the subject case. The parties' objection is not at all a reflection of Mr. Penskar's skills or abilities but rather the parties' desire for the ADR Unit to select a mediator whom the parties are familiar with and who is experienced in maritime law. The parties believe such a mediator will be in the best position to settle the matter at mediation.

The parties have met and conferred on this issue and jointly propose the following mediators: 1) Mr. Matt Vafidis; 2) Mr. Stan Gibson; 3) Mr. Forrest Booth.

We thank you for your time.

Sincerely,

Galin G. Luk
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

Copy: Mr. John Giffin, Mr. Mark Penskar