# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hutson,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Baydelta Maritime, Inc.,<br><br>        Defendant(s). | 07-03235 EMC MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Mark Penskar to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: October 24, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-03235 EMC MED