# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hutson,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Baydelta Maritime, Inc.,<br><br>             Defendant(s). | 07-03235 EMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Matthew P Vafidis**
Holland & Knight
50 California St., Suite 2800
San Francisco, CA 94111-4624
415-743-6900

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03235 EMC MED                      - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: November 14, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice of Appointment of Mediator**
07-03235 EMC MED                 - 2 -