COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

FILE COPY

Attorneys for Defendant,
BRUSCO TUG & BARGE INCORPORATED

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| GARRETT DO, <br><br> Plaintiff, <br><br> v. <br><br> BRUSCO TUG & BARGE INCORPORATED, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CGC-06-456707 <br><br> **DEFENDANT BRUSCO TUG AND BARGE INC.'S** *SUPPLEMENTAL* **RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE** |

DEMANDING PARTY:     Plaintiff, **GARRET DO**

RESPONDING PARTY:    Defendant, **BRUSCO TUG AND BARGE INC.**

SET NO.:             **ONE**

### SPECIAL INTERROGATORY NO. 1:

Please identify (by number, letter or other confidential designation) each and every person whom your California office has employed as a "deck hand/engineer" (whether on a permanent, casual, relief or other basis) at any time since January 1, 2001.

### *SUPPLEMENTAL* ANSWER TO SPECIAL INTERROGATORY NO. 1:

Objection. This interrogatory is burdensome and oppressive; the amount of work required to answer this interrogatory that spans a time period from January 1, 2001 (more than three years before plaintiff was hired) is so great, and the utility of the information sought so minimal, that it would defeat the ends of justice to require answers. *See*

-1-                                                                  Case No.: CGC-06-456707

DEFENDANT'S *SUPPLEMENTAL* RESPONSES TO
PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

*Columbia Broadcasting System, Inc. v. Sup. Ct.* 1968) 263 Cal.App.2d 12, 19. Notwithstanding this objection, defendant has compiled the requested information for the years 2004 (the year of plaintiff's hire) to 2007 in **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 2:**

Please specify the total number of hours (straight time and overtime) that you have employed each of the individuals identified in your response to special interrogatory 1 during each of the calendar years 2001, 2002, 2003, 2004, 2005 and 2006.

**SUPPLEMENTAL ANSWER TO SPECIAL INTERROGATORY NO. 2:**

Objection. This interrogatory is burdensome and oppressive; the amount of work required to answer this interrogatory that spans a time period from January 1, 2001 (more than three years before plaintiff was hired) is so great, and the utility of the information sought so minimal, that it would defeat the ends of justice to require answers. *See Columbia Broadcasting System, Inc. v. Sup. Ct.* 1968) 263 Cal.App.2d 12, 19. Notwithstanding this objection, defendant has compiled the requested information for the years 2004 (the year of plaintiff's hire) to 2007 in **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 3:**

Please state the total dollar amount of the wages or W-2 earnings that you have paid to each of the individuals identified in your response to special interrogatory 1 during each of the calendar years 2001, 2002, 2003, 2004, 2005 and 2006.

**SUPPLEMENTAL ANSWER TO SPECIAL INTERROGATORY NO. 3:**

Objection. This interrogatory is burdensome and oppressive; the amount of work required to answer this interrogatory that spans a time period from January 1, 2001 (more than three years before plaintiff was hired) is so great, and the utility of the information sought so minimal, that it would defeat the ends of justice to require answers. *See Columbia Broadcasting System, Inc. v. Sup. Ct.* 1968) 263 Cal.App.2d 12, 19. Notwithstanding this objection, defendant has compiled the requested information for the years 2004 (the year of plaintiff's hire) to 2007 in **Exhibit A**, attached.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL (415) 438-4600
FAX (415) 438-4601
SEA.Do/2427

-2-

Case No.: CGC-06-456707

DEFENDANT'S *SUPPLEMENTAL* RESPONSES TO
PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

**SPECIAL INTERROGATORY NO. 5:**

Please state the total dollar amount of the pension, health and welfare, vacation or other fringe benefits, if any, that you have paid on behalf of each of the individuals identified in your response to special interrogatory 1 during each of the calendar years 2001, 2002, 2003, 2004, 2005 and 2006.

***SUPPLEMENTAL* ANSWER TO SPECIAL INTERROGATORY NO. 5:**

Objection. This interrogatory is burdensome and oppressive; the amount of work required to answer this interrogatory that spans a time period from January 1, 2001 (more than three years before plaintiff was hired) is so great, and the utility of the information sought so minimal, that it would defeat the ends of justice to require answers. *See Columbia Broadcasting System, Inc. v. Sup. Ct.* 1968) 263 Cal.App.2d 12, 19. Notwithstanding this objection, defendant has compiled the requested information for the years 2004 (the year of plaintiff's hire) to 2007 in **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 6:**

Please specify the total number of hours (straight and overtime) that you have employed each of the individuals identified in your response to special interrogatory 1 through today's date, during the calendar year 2007.

***SUPPLEMENTAL* ANSWER TO SPECIAL INTERROGATORY NO. 6:**

Please see **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 7:**

Please state the total dollar amount of the wages or W-2 earnings that you have paid to each of the individuals identified in your response to special interrogatory 1 through today's date, during the calendar year 2007.

***SUPPLEMENTAL* ANSWER TO SPECIAL INTERROGATORY NO. 7:**

Please see **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 8:**

Please state the total dollar amount of the pension, health and welfare, vacation or other fringe benefits, if any, that you have paid on behalf of each of the individuals identified in your response to special interrogatory 1, through today's date, during the calendar year 2007.

**_SUPPLEMENTAL_ ANSWER TO SPECIAL INTERROGATORY NO. 8:**

Please see **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 9:**

Please state the initial date of hire for each of the individuals identified in your responses to special interrogatory 1.

**_SUPPLEMENTAL_ ANSWER TO SPECIAL INTERROGATORY NO. 9:**

Objection. This interrogatory is burdensome and oppressive; the amount of work required to answer this interrogatory that spans a time period from January 1, 2001 (more than three years before plaintiff was hired) is so great, and the utility of the information sought so minimal, that it would defeat the ends of justice to require answers. *See Columbia Broadcasting System, Inc. v. Sup. Ct.* 1968) 263 Cal.App.2d 12, 19. Notwithstanding this objection, defendant has compiled the requested information for the years 2004 (the year of plaintiff's hire) to 2007 in **Exhibit A**, attached.

**SPECIAL INTERROGATORY NO. 10:**

Please state the name, address, and job title, of each person who helped assemble information used in your responses to these interrogatories.

**_SUPPLEMENTAL_ ANSWER TO SPECIAL INTERROGATORY NO. 11:**

Richard C. Wootton
Lynn L. Krieger
COX WOOTTON GRIFFIN HANSEN & POULOS, LLP
190 The Embarcadero
San Francisco, CA 94105
(415)438-4600

Counsel for defendant

-4-

Case No.: CGC-06-456707

DEFENDANT'S *SUPPLEMENTAL* RESPONSES TO
PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

1  Lauri Sabo
   Office Manager
2  Brusco Tug & Barge Co.
   548 14th Avenue
3  Longview, WA 98632-1602
   Tel: (360)636-3341

4  **SPECIAL INTERROGATORY NO. 11:**

5  Please identify the title and present custodian of each writing, record, e-file or other document from which you assembled or obtained information used in your responses to these interrogatories.

8  **_SUPPLEMENTAL_ ANSWER TO SPECIAL INTERROGATORY NO. 11:**

9  Lauri Sabo (see above).

11  Dated: September 27, 2007        COX, WOOTTON, GRIFFIN,
                                     HANSEN & POULOS, LLP
12                                   Attorneys for Defendant
                                     BRUSCO TUG & BARGE INCORPORATED

14                                   By: _____
15                                            Lynn L. Krieger

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL (415) 438-4600
FAX (415) 438-4601

SEA.Do/2427

-5-                                   Case No.: CGC-06-456707

DEFENDANT'S _SUPPLEMENTAL_ RESPONSES TO
PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE

# VERIFICATION

*Garrett Do v. Brusco Tug & Barge Incorporated*
San Francisco Superior Court, Case No.: CGC-06-456707

I, Lauri Sabo, declare that:

I am Office Manager for Brusco Tug & Barge Incorporated, a defendant in the above-entitled action, and I make this Verification on its behalf. I have read the foregoing:

**DEFENDANT BRUSCO TUG AND BARGE INC.'S *SUPPLEMENTAL* RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES (SET ONE)**

and know the contents thereof; the same is true of my own knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed by me on September 27 , 2007

Signature: _____
Lauri Sabo

COX, WOOTTON,
GRIFFIN & HANSEN,
LLP
A PROFESSIONAL
CORPORATION

190 The Embarcadero
San Francisco, CA 94105
Tel: (415)438-4600
FAX: (415) 438-4601

VERIFICATION OF LAURI SABO

## PROOF OF SERVICE
(California Code of Civil Procedure §1013)

Case:  *Garrett Do v. Brusco Tug & Barge Incorporated*

Case No.:  **San Francisco Superior Court, Case No.: CGC-06-456707**

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On September 25, 2007, I served the attached document(s):

**DEFENDANT BRUSCO TUG AND BARGE INC.'S *SUPPLEMENTAL* RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES (SET ONE)**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

**(A)** By First Class Mail: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee(s) on the date indicated.

**(B)** By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** By Messenger Service: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed either by First Legal Support Services or by Worldwide Attorney Services, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

Case No. CGC-06-456707

**(D) By Federal Express:** I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business. I caused each such envelope/package to be delivered to Federal Express Corporation, with whom we have a direct billing account, at San Francisco, California, to be delivered to the addressee(s) on the next business day.

**(E) By Facsimile:** I caused each such document(s) to be served via facsimile electronic equipment transmission (fax) on the party(ies) indicated below by transmitting a true copy to the following fax number(s):

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| B | John R. Hillsman<br>Abraham Feinstein-Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, CA 94133<br>Tel: (415) 421-9292<br>Fax: (415) 403-0202 | Attorney for Plaintiff<br>Garrett Do |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this September 27, 2007 at San Francisco, California.

_____
Lynn L. Krieger
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

Case No. CGC-06-456707