COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Garrett R. Wynne, CASB No. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendant
Baydelta Maritime, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*,<br><br>Defendants | Case No.:  C 07-03235 EMC<br><br>THE PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DATE TO COMPLETE MEDIATION TO JANUARY 10, 2008<br><br>CMC date:  January 16, 2008<br>CMC time:  1:30 pm |

The plaintiffs, Mr. Don Hutson and Sugardock, LLC and the defendant Baydelta Maritime, Inc., by and through their respective counsel of record, hereby stipulate to and

-1-

STIPULATION AND [PROPOSED] ORDER

Case No.:   C 07-03235 EMC

respectfully request the Court enter an Order to continue the last date to complete mediation to January 10, 2008.

## I. PROCEDURAL BACKGROUND AND REASONS FOR THE REQUEST

The Court ordered the parties to complete mediation by **December 26, 2007**. The Court's ADR Unit initially assigned Mr. Mark Penskar to mediate the case. The parties objected to Mr. Penskar because the subject claim is a maritime matter and the mediator did not have maritime experience.

On **November 14, 2007**, the ADR Unit assigned Mr. Matthew Vafidis to mediate the case. On November 26, 2007 the parties and Mr. Vafidis engaged in a mediation scheduling teleconference. Unfortunately, due to counsel's and the mediator's schedule and the holiday season, the parties will not be able to complete mediation by December 26, 2007.

## II. THE STIPULATION

The parties and the mediator have set the matter for an all day mediation on January 10, 2008 beginning at 10 a.m. at the mediator's office. The parties hereby stipulate and agree to continue the last day to complete mediation from December 26, 2007 to January 10, 2008.

Dated: November 28, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs

By: _____
Galin G. Luk

Dated: November 28, 2007

KEESAL, YOUNG & LOGAN
Attorneys for Defendant

By: _____
Garrett R. Wynne

## ORDER

Having reviewed and considered the parties' request and stipulation to continue the last day to complete mediation, and good cause appearing therefor,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

The last day to **complete mediation** is continued from **December 26, 2007** to **January 10, 2008**.

Dated: November 29, 2007

_____
Edward M. Chen
U.S. Magistrate Judge
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601