COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
gpoulos@cwghp.com
Galin G. Luk (SBN 199728)
gluk@cwghp.com
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Garrett R. Wynne, CASB No. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendant
Baydelta Maritime, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*,<br><br>Defendants. | Case No.:   C 07-03235 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(f), local rules, this Court's Order Setting the Case Management Conference and ADR Deadlines the parties hereby submit

-1-                         Case No.:   C 07-03235 EMC
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

their Joint Case Management Conference Statement.

## I. JURISDICTION AND SERVICE

This action for negligence arises under the provisions of General Maritime Law and the United States Constitution Article III, Section 2 and 28 U.S.C § 1333. There are no issues as to personal jurisdiction or venue. In personam defendant Baydelta Maritime, Inc. ("Baydelta") has been served and have appeared. After having met and conferred regarding service of DELTA LINDA and DELTA DEANNA, plaintiffs will dismiss the DELTA LINDA and DELTA DEANNA without prejudice.

## II. FACTS

The plaintiffs are Mr. Don Hutson ("Mr. Hutson") and Sugardock, LLC (the "Sugardock"). Mr. Hutson owns the vessel "Sundance." At the time of the alleged accident, the Sundance was moored to a dock that was owned by the Sugardock. The dock is located in the Santa Fe Channel in Point Richmond. The defendant is Baydelta.

The Plaintiffs allege that on February 14, 2007, Baydelta tugs DELTA LINDA and DELTA DEANNA were towing the chemical tanker FORMOSA SIX in the Santa Fe Channel. The plaintiffs further allege that as the tugs were mooring the FORMOSA SIX, the tugs caused "prop wash." Plaintiffs allege that the prop wash damaged Sugardock's dock and the vessel "Sundance", which were directly across from where the tugs moored the FORMOSA SIX.

Defendant denies any liability for any damage that either Sugardock's dock or the Sundance allegedly sustained while the DELTA LINDA and DELTA DEANNA were assisting the FORMOSA SIX during docking.

## III. LEGAL ISSUES

Whether Defendant was negligent in towing and mooring the FORMOSA SIX and whether Plaintiffs were contributorily negligent.

## IV. MOTIONS

At the appropriate time, Defendant may file for summary judgment. The plaintiffs may file motions to compel discovery.

## V. AMENDMENT OF PLEADINGS

The Plaintiffs may amend to allege damages relating to loss of use of the Sundance.

## VI. EVIDENCE PRESERVATION

The parties have taken steps to preserve evidence in this action.

## VII. DISCLOSURES

The Plaintiffs completed their Initial Disclosures on September 19, 2007. Baydelta completed its Initial Disclosure statement on September 10, 2007. The parties intend to supplement their respective disclosures.

## VIII. DISCOVERY

### A. Discovery taken to date

Mr. Hutson served a First Request for Production of Documents upon Baydelta. Baydelta responded to Mr. Hutson's First Request for Production of Documents.

### B. Scope of anticipated discovery

The parties intend to propound written discovery requests and take depositions of party and percipient witnesses, including experts.

### C. Proposed limitations or modifications to the discovery rule

The parties propose no changes to the limitations of discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Northern District of California. The parties propose no other limitations on discovery. The parties scheduling plan is set out below in paragraph XV.

## IX. RELATED CASES

There are no related cases.

## X. RELIEF

Mr. Hutson seeks in excess of $25,000.00 in damages. The damages are calculated based on loss of use and the cost to repair the damage caused to the Sundance as a result of the prop wash.

The Sugardock seeks in excess of $25,000.00 in damages. The damages are calculated based on loss of use and the cost to repair the damage caused to its dock as a result of the prop wash.

## XI. SETTLEMENT AND ADR

The parties participated in a full day mediation on January 10, 2008 with mediator Mr. Matthew Vafidis from the Court's ADR panel. Despite their diligent efforts, the parties were unable reach a settlement. The parties have agreed to continue informal settlement discussions and are amenable to an additional mediation session with Mr. Vafidis at an appropriate time.

## XII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The Plaintiffs and Defendant Baydelta have consented to Magistrate Judge Chen for all purposes.

## XIII. OTHER REFERENCES

The parties do not believe the case is suitable for reference to binding arbitration, a special master or the Judicial Panel.

## XIV. NARROWING OF ISSUES

The parties anticipate that they will be able to narrow some factual issues by stipulating to facts and the admissibility of certain evidence. The parties will continue to meet and confer on these issues.

## XV. EXPEDITED SCHEDULING AND SCHEDULING

Defendant Baydelta does not believe this case can be handled on an expedited basis with streamlined procedures. Discovery in this matter has just recently begun and Baydelta will need sufficient time to complete discovery including, but not limited to the depositions of the parties, percipient witnesses and any expert(s) designated by Plaintiffs. Additionally, Baydelta's attorney Garrett R. Wynne is currently scheduled to be in a two week jury trial in this Court before the Honorable Jeffrey S. White starting September 8, 2008.[1]

---

[1] *Acorn Capital Group v. Wedbush Morgan Securities*, C 06 1674 (JSW).

...

The parties propose the following schedule:

a. Percipient Discovery – 60 days before trial;

b. Mutual Disclosure of Experts – 60 days before trial;

c. Supplemental Disclosure of Expert – 45 days before trial;

d. Close of Expert Discovery – 30 days before trial;

e. Last Day to Hear Dispositive Motions – 30 days before trial;

f. Joint Pretrial Statement due – 15 days before trial

g. Pretrial conference: 10 days before trial

## XVI. TRIAL

The Plaintiffs believe that trial will take 1-2 days. The Defendant believes that trial will take 5 days. Due to respective counsel's trial calendar, the parties propose a trial date beginning no earlier than September 29, 2008 and no later than October 6, 2008.

## XVII. DISCLOSURE OF NON PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the plaintiffs are unaware of a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Civil Local Rule 3-16, Defendant certifies that as of this date, there is no such interest to report.

Dated: January 14, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____
Galin G. Luk

1

2   Dated: January 14, 2008                    KEESAL, YOUNG & LOGAN
3                                              Attorneys for Defendant,
                                               Baydelta Maritime, Inc.
4

5                                              By /s/ Garrett R. Wynne
                                                  Garrett R. Wynne
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  COX, WOOTTON,
    GRIFFIN, HANSEN
    & POULOS, LLP
26
    190 THE EMBARCADERO
    SAN FRANCISCO, CA
    94105
27  TEL 415-438-4600
    FAX 415-438-4601

28  SUG.BAY&DELTA 2471

                                    -6-                        Case No.:  C 07-03235 EMC
        JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

## [PROPOSED] ORDER

Having reviewed and considered the parties' Case Management Statement, and good cause appearing therefor,

THE COURT HEREBY ORDERS THE FOLLOWING:

Trial to begin on _____, 2008.

    a.    Percipient Discovery – 60 days before trial;

    b.    Mutual Disclosure of Experts – 60 days before trial;

    h.    Supplemental Disclosure of Expert- 45 days before trial;

    i.    Close of Expert Discovery- 30 days before trial;

    j.    Last Day to Hear Dispositive Motions- 30 days before trial;

    k.    Joint Pretrial Statement due- 15 days before trial

    l.    Pretrial conference: 10 days before trial

Dated:

_____
Edward M. Chen
U.S. Magistrate Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

SUG.DAY&DELTA 2471

-7-  Case No.: C 07-03235 EMC
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER