COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC ) | Case No.: C 07-03235 EMC |
| ) | |
| Plaintiffs, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| vs. ) | |
| ) | |
| Baydelta Maritime, Inc. and DOES 1-20 *in* ) | |
| *personam*, DELTA LINDA and DELTA ) | |
| DEANNA *and their engines, furniture,* ) | |
| *apparel, etc., in rem*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |
| ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), plaintiffs Mr. Don Hutson and Sugardock, LLC voluntarily dismiss the above-caption action without prejudice as to DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem only.*

Dated: January 16, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____
Galin G. Luk

-1-    Case No.: C 07-03235 EMC

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL