**FILED**

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Hutson,

    Plaintiff(s),

v.

Baydelta Maritime, Inc.,

    Defendant(s).

No. C 07-03235 EMC MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _January 10, 2008_

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no  _but I have offered to mediate another session later in the case if requested_

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: _1/15/08_            _____
                                                            **Mediator, Matthew P Vafidis**
Holland & Knight
50 California St., Suite 2800
San Francisco, CA 94111-4624

**Certification of ADR Session**
07-03235 EMC MED