**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** January 16, 2008

**Case No:** C07-3235 EMC          **FTR Time:**   1:36 - 1:50 p.m.

**Case Name:**  Don Hutson v. Baydelta Maritime, et al.

    **Attorneys:**   Galin Luk for Plaintiff
                     Garrett Wynne for Defendants

    **Deputy Clerk:** Betty Fong


**PROCEEDINGS:**

    CMC - Held


**ORDERED AFTER HEARING:**

4-day court trial set for 11/10/08 at 8:30 a.m.  Mediation held on 1/10/08, case did not settle.  Parties are encouraged to contact mediator for another session when ready.  Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 03/19/08 at 2:30 p.m. for Status Conference.  A joint status conference statement shall be filed by 03/12/08.


cc: EMC