COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
GARRETT WYNNE, CASB No. 220665
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
Baydelta Maritime, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*,<br><br>Defendants | Case No.:   C 07-03235 EMC<br><br>**JOINT CMC STATEMENT AND [PROPOSED] ORDER**<br><br>CMC Date:   March 19, 2008<br>Time:            2:30 p.m.<br>Location:     15th Flr., Courtroom C<br>Judge:          Edward M. Chen |

Pursuant to this Court's Order following the Case Management Conference of January 16, 2008, setting a further a Case Management Conference for March 19, 2008, the parties hereby supplement their initial Joint Case Management Statement with the

-1-

Case No.:   C 07-03235 EMC

JOINT CMC STATEMENT AND [PROPOSED] ORDER

following:

## I. PROCEDURAL STATUS

The Court scheduled trial to begin on November 10, 2008. The parties anticipate that this will be an approximately 5 day trial.

## II. DISCOVERY

The parties have continued to exchange discovery.

## III. SETTLEMENT AND ADR

Prior to the January 16, 2008 Case Management Conference, the parties participated in a full day mediation on January 10, 2008 with mediator Mr. Matthew Vafidis from the court's ADR panel. Despite their diligent efforts, the parties were unable reach a settlement. The parties have recently resumed informal settlement discussions and wish to proceed with additional informal discussions before deciding whether an additional mediation session with Mr. Vafidis would assist in settling the matter.

Dated: March 12, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____/S/_____
Galin G. Luk

Dated: March 12, 2008

Keesal, Young & Logan
Attorneys for Defendant

By _____/S/_____
Garrett Wynne

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Joint Case Management Statement, and good cause appearing therefor,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

_____

_____

_____

_____

Dated: March 19, 2008

_____

Edward M. Chen

U.S. Magistrate Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SUG.BAY&DELTA 2471

-3-                                    Case No.:   C 07-03235 EMC
JOINT CMC STATEMENT AND [PROPOSED] ORDER