**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** March 19, 2008

**Case No:** C07-3235 EMC          **FTR Time:**   2:36-2:40 p.m.

**Case Name:**  Don Hutson v. Baydelta Maritime, et al.

    **Attorneys:**   Galin Luk for Plaintiff
                       Garrett Wynne for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    STATUS CONFERENCE - Held

**ORDERED AFTER HEARING:**

Parties are negotiating settlement and believe case will probably settle.  4-day court trial already set for 11/10/08 at 8:30 a.m.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 06/25/08 at 2:30 p.m. for Status Conference.  A joint status conference statement shall be filed by 06/18/08.

cc: EMC