COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Garrett Wynne (SBN 220665)
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone:    (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
Baydelta Maritime, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*,<br><br>Defendants | Case No.:   C 07-03235 EMC<br><br>**JOINT CMC STATEMENT AND [PROPOSED] ORDER**<br><br>CMC Date:   June 25, 2008<br>Time:          2:30 p.m.<br>Location:    15th Flr., Courtroom C<br>Judge:        Edward M. Chen |

Pursuant to this Court's Order following the Case Management Conference of

March 19, 2008, setting a further a Case Management Conference for June 25, 2008, the

parties hereby supplement their initial Joint Case Management Statement with the

-1-

JOINT CMC STATEMENT AND [PROPOSED] ORDER

Case No.:   C 07-03235 EMC

following:

## I. PROCEDURAL STATUS

The Court scheduled trial to begin on November 10, 2008. The parties anticipate that this will be an approximately 5 day trial.

## II. DISCOVERY

The court set the deadline for expert reports and disclosures for June 23, 2008. In light of settlement discussions, the parties have met and conferred regarding the exchange of expert reports and disclosures and have agreed to stipulate to continue, with the court's permission, to an exchange of expert reports and disclosures to August 11, 2008 and the cut-off for expert disclosure to September 12, 2008.

## III. SETTLEMENT AND ADR

Prior to the January 16, 2008 Case Management Conference, the parties participated in a full day mediation on January 10, 2008 with mediator Mr. Matthew Vafidis from the court's ADR panel. Despite their diligent efforts, the parties were unable reach a settlement. The parties have continued to engage in substantive settlement discussions.

Dated: June 18, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: _____/S/_____
Galin G. Luk

Dated: June 18, 2008

Keesal, Young & Logan
Attorneys for Defendant

By _____/S/_____
Garrett Wynne

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
SUG.BAY&DELTA 2471

-2-    Case No.:    C 07-03235 EMC
JOINT CMC STATEMENT AND [PROPOSED] ORDER

## [PROPOSED] ORDER

Having reviewed and considered the parties' Joint Case Management Statement, and good cause appearing therefor,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

_____

_____

_____

_____

Dated: June 18, 2008

_____

Edward M. Chen

U.S. Magistrate Judge