**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

Date:   June 25, 2008

Case No:  **C-07-3235 EMC**

Case Name:  **Don Hutson v Baydelta Maritime, et al**

    Attorneys:     Plaintiff: Galin Luk          Defendant: Garrett Wynne

    Deputy Clerk:   Lili M. Harrell          FTR Digital Recorder: 2:39pm-2:45pm

**PROCEEDINGS:**
Further Status Conference - Held


**ORDERED AFTER HEARING:**
- Fact discovery cut-off extended to 8/4/2008
- Exchange of expert reports and disclosures extended to 8/11/2008
- Expert discovery cut-off extended to 9/12/2008

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**  9/24/2008 at 2:30pm for status conference.

Notes:


cc: