1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  GARRETT R. WYNNE
   garrett.wynne@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendant
7  BAYDELTA MARITIME INC.

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 MR. DON HUTSON and SUGARDOCK, ) Case No. C 07-03235 EMC
   LLC,                          )
13                               ) **NOTICE OF CHANGE OF ADDRESS**
                   Plaintiffs,   )
14                               )
         vs.                     )
15                               )
   BAYDELTA MARITIME INC. and DOES )
16 1-20 *in personam*, DELTA LINDA and )
   DELTA DEANNA *and their engines*, )
17 *furniture, apparel, etc., in rem*, )
                                 )
18                 Defendants.   )
                                 )
19 _____

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE THAT counsel Defendant BAYDELTA

22 MARITIME INC. will be moving.  Keesal, Young & Logan's new address, effective July

23 14, 2008 will be:

24              KEESAL, YOUNG & LOGAN
                450 Pacific Avenue
25              San Francisco, CA 94133
                Phone and fax numbers will remain the same.
26

27

28

                              - 1 -
NOTICE OF CHANGE OF ADDRESS - Case No. C 07-03235 EMC                  KYL_SF459825

| | |
|---|---|
| 1 | All correspondence should be directed to our new address effective July 14, |
| 2 | 2008. |

DATED: July 17, 2008

/s/ Garrett R. Wynne
JOHN D. GIFFIN
GARRETT R. WYNNE
KEESAL YOUNG & LOGAN
Defendant BAYDELTA MARITIME INC.