**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON HUTSON, *et al.*,

        Plaintiffs,

    v.

BAYDELTA MARITIME, INC., *et al.*,

        Defendants.
_____/

No. C07-3235 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Case Management Conference set for September 24, 2008, at 2:30 p.m. has been changed to **September 17, 2008, at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. A Joint Further Case Management Conference statement shall be filed by September 10, 2008.

Dated: August 28, 2008                              RICHARD W. WIEKING, CLERK

                                                     By:      /s/
                                                             Leni Doyle
                                                             Deputy Clerk