**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hutson and Sugardock, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> Baydelta Maritime, Inc. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*, <br><br> Defendants | Case No.: C 07-03235 EMC <br><br> **NOTICE OF SETTLEMENT** <br><br> CMC date: September 17, 2008 <br> CMC time: 2:30 p.m. <br><br> Trial date: November 10, 2008 <br> Trial time: 8:30 a.m. <br><br> **Magistrate Judge Chen** |

NOTICE IS HEREBY GIVEN that Mr. Don Hutson and Sugardock, LLC (Plaintiffs) and defendants Baydelta Maritime, Inc. and vessels DELTA LINDA and DELTA DEANA, *in rem*, have entered into a Settlement Agreement.

Plaintiffs will file Request for Dismissal after the parties have fulfilled their respective settlement obligations.

-1-   Case No.: C 07-03235 EMC

NOTICE OF SETTLEMENT

Dated: September 10, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
Mr. Don Hutson and Sugardock, LLC

By: *(signature)*
Galin G. Luk

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

SUG.BAY&DELTA 2471

-2-    Case No.: C 07-03235 EMC

NOTICE OF SETTLEMENT