UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HUTSON, et al., | No. C07-3235 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| BAYDELTA MARITIME, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the STATUS CONFERENCE set for September 17, 2008 at 2:30 p.m. has been rescheduled to **October 1, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   An updated Joint Status Conference Statement shall be filed by September 24, 2008.

Dated: September 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy