JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
GARRETT R. WYNNE, CASB No. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
BAYDELTA MARITIME INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. DON HUTSON and SUGARDOCK, LLC,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BAYDELTA MARITIME INC. and DOES 1-20 *in personam*, DELTA LINDA and DELTA DEANNA *and their engines, furniture, apparel, etc., in rem*,<br><br>                    Defendants. | Case No. C 07-03235 EMC<br><br>**THE PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE** |

The plaintiffs, Mr. Don Hutson and Sugardock, LLC and the Defendant Baydelta Maritime, Inc., by and through their respective counsel of record, hereby stipulate to and respectfully request the Court enter an Order moving the Case Management Conference — currently scheduled for October 1, 2008 at 2:30 p.m. — to October 15, 2008 at 2:30 p.m.

I.     INTRODUCTION

The parties recently settled. As soon as the settlement is finalized, the parties will submit a stipulation of dismissal to the Court. In the interests of preserving the Court's resources and time, and in anticipation of a dismissal being filed, the parties

- 1 -

KYL_SF466925

1  intend to postpone the Case Management Conference.

**II.  THE STIPULATION**

The parties hereby stipulate and agree that the Case Management Conference — currently scheduled for October 1, 2008 at 2:30 p.m. — should be moved to October 15, 2008 at 2: 30 p.m.

Dated:     September 23, 2008              COX, WOOTTON, GRIFFIN,
                                           HANSEN & POULOS, LLP
                                           Attorneys for Plaintiffs


                                  By:  /s/
                                       _____
                                       Galin G. Luk


Dated:     September 23, 2008              KEESAL, YOUNG & LOGAN
                                           Attorneys for Defendant


                                  By   /s/
                                       _____
                                       Garrett R. Wynne

KYL_SF466925

THE PARTIES' STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE

**ORDER**

Having reviewed and considered the parties' request and stipulation, and good cause appearing,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

The Case Management Conference is continued from October 1, 2008 at 2:30 p.m. to October 15, 2008 at 2:30 p.m. The parties are to submit a Joint Case Management Conference Statement on or before October 8, 2008.

Dated: September 25, 2008



EDWARD M. CHEN
U.S. MAGISTRATE JUDGE