1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  GARRETT R. WYNNE, CASB No. 220665
   garrett.wynne@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant
7  BAYDELTA MARITIME INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 MR. DON HUTSON and SUGARDOCK,    ) Case No. C 07-03235 EMC
   LLC,                              )
13                                   ) **STIPULATION OF DISMISSAL**
                   Plaintiffs,       )
14                                   )
         vs.                         )
15                                   )
   BAYDELTA MARITIME INC. and DOES   )
16 1-20 *in personam*, DELTA LINDA and )
   DELTA DEANNA *and their engines,* )
17 *furniture, apparel, etc., in rem,* )
                                     )
18                 Defendants.       )
                                     )
19 ─────────────────────────────────

20       IT IS HEREBY STIPULATED by and between the parties to this action

21 through their designated counsel that the above-captioned action be and hereby is

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

STIPULATION OF DISMISSAL

KYL_SF467509

1  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) without
2  costs, interest or attorneys' fees to any party.

Dated: October 6, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs

By: /s/Galin G. Luk
_____
Galin G. Luk

Dated: October 6, 2008

KEESAL, YOUNG & LOGAN
Attorneys for Defendant

By /s/Garrett R. Wynne
_____
Garrett R. Wynne

IT IS SO ORDERED:

_____
Edward M. Chen
U.S.

[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]